# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**KC FILED**
DEC 0 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** DWIGHT THOMAS | **Defendant(s):** PERCY COLEMAN, et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>Dwight Thomas<br>#2007-0027409<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:**<br>Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV6798
JUDGE SHADUR
MAGISTRATE JUDGE MASON

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *A. E. Woodham* **Date:** 12/03/2007