**FILED**

DEC 0 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

My Name is Dwight Eugene Thomas I am in Cook County Jail PO BOX 089002, Chicago Ill, 60608 my I D # is 2007-002-7409 I will like a response to the paperwork inclosed at the earlest of you convenious if it not any trouble and I also need counsel and help because I have paperwork document of majority everything please contact me and help me in any way you can "Respectfully Submited"

Thank You

x Dwight Eugene Thomas

07CV6798
JUDGE SHADUR
MAGISTRATE JUDGE MASON