# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6798 | **DATE** | 12/11/2007 |
| **CASE TITLE** | Dwight Thomas vs. Percy Coleman, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (3-1) Thomas is assessed an initial fee of $78.23 and the trust fund officer is ordered to collect that amount from Thomas' trust fund account and pay it directly to the Clerk of Court. This case will therefore go forward, but only against individual defendants Percy Coleman and Lieutenant Garbs of Stateville Correctional Center. Thomas' attempted action against Judge Golden is dismissed on grounds of absolute judicial immunity. The Clerk is directed to issue summons and forward the United States Marshal for service of process, and this action is set for an initial status hearing at 8:45 a.m. February 19, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

*mail to trust fund officer at Cook Cty and Pinckneyville*
*SN*

| | Courtroom Deputy Initials: | SN |
|---|---|---|