FILED
DECEMBER 11, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
DEC 03 2007
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dwight Thomas

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Percy Coleman
Luetanant Garbs
Stateville Correctional Center
Judge Golden
Kane County court
Pinckneyville Correctional Center

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV6798
JUDGE SHADUR
MAGISTRATE JUDGE MASON

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: Dwight Thomas
   B.  List all aliases: Devon Watts, Roosevelt Thomas
   C.  Prisoner identification number: 2007-002-7409 - K84544
   D.  Place of present confinement: Cook County Jail
   E.  Address: 2650 South California, Chgo Il, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: Percy Coleman
       Title: (Parole Supervisor)
       Place of Employment: Illinios Department of Correction
   B.  Defendant: Luetenant Garbs
       Title: Luetenant at Stateville Correctional Center
       Place of Employment: Illinios Department of Correction
   C.  Defendant: Judge Golden
       Title: Judge in the Circuit Court of Kane County, Illinios
       Place of Employment: Magistrate in Kane County Court

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

II. Defendants(s)

Kane County Court — I don't know the title or person in charge.

Pinckneyville Correctional Center — I don't know the title or person in charge.

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C. If your answer is **YES**:

1. What steps did you take?
   I filled a grievance in Pinckneyville Correctional Center through the Counserlor

2. What was the result?
   No result, I was still held in Custody and upon my release My parole was not Shortened my sentense was ran Consecutive instead of Concurrent

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
   I was released so had no time to appeal

D. If your answer is **NO**, explain why not:
   I was Released and Couldnt afford Civil suit so was forced to be subjected to whatever parole felt was my Supervised Release.

3

E. Is the grievance procedure now completed?  YES (X)  NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities?
YES ( )  NO (X)

G. If your answer is **YES**:

   1. What steps did you take?  NA

   2. What was the result?  NA

H. If your answer is **NO**, explain why not:
My answer is No because Authorities have nothing to do with sentensing that is done by the State of Illinios, My situation needed a lawyer which I couldn't afford at the time.

4

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: NA

B. Approximate date of filing lawsuit: NA

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NA

D. List all defendants: NA

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NA

F. Name of judge to whom case was assigned: NA

G. Basic claim made: NA

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NA

I. Approximate date of disposition: NA

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Percy Coleman is involved in My case because he is the Superviser of Parole and it is his job to know exactly when parole is terminated and as a result issued a warrant for parole on unrelated assumed charges which now is in custody for at this present time, and in actuality no parole exist.
2/07/07  103rd Halsted

Luetanant Garbs is involved in the case because In Stateville RCDC, I talked to him about my case being run Concurrent and he saw paperwork and did nothing about it to correct the mistake the IDOC had Made, and he was the only person in beggining stages that I could talk to because RCDC is segregated.
5/13/05 Stateville correctional center RCDC sentence wasn't complete until 2007

Judge Golden is involved cause upon my aggrement to 3 years ran Concurrent with Cook County cases in open court was stimulated that everything that applied to Cook County Case also Applies to Kane

6

County Case cause Cook County Cases was also 3 years which all was stimulated upon aggreement because Cook County case time was already up so I was supose to be released upon aggreement, instead I did more time which was not part of Plea aggreement. (5/4/05 Kane County cort building sentense wasnt complete until 2007

Kane County Court got a hapeas Corpas from me while I was in Cook County and didnt answer to the legal document within six months and violated due process and messed up plea agreement to be ran concurrent with cook County case and covered up situation. (5/4/05 Kane County sentence wasnt complete until 2007

Stateville Correctional Center saw legal paperwork stateing case was ran concurrent and didnt act on legal document violating a court order and plea agreement. sentence wasnt complete until 2007 (5/13/05 stateville Correctional Center

Pinckneyville Correctional center gave good time for a concurrent case that was already processed running the case consecutive instead of concurrent and promised to losein parole time cause the sentence exceeded 3 years tottal making the sentence override itself (7/01/05 Pinckneyville Correctional Center 7/01/05 sentence wasnt complete until 2007

7

**VI.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will like to be Compensated for pain and suffering and extra jail time which was done, and also Compensated for parole issueing warrant for present case which helped my present incarseration which parole never existed.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of Oct , 20 07

Dwight Thomas
(Signature of plaintiff or plaintiffs)

Dwight Thomas
(Print name)

2007-002-7409 - K84544
(I.D. Number)

2650 South California Chgo IL
60608
(Address)

8

4-B68

DC 1329

## MERITORIOUS GOOD TIME WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW

NAME  Dwight Thomas   NUMBER _____   DATE _____

**(STEP 1)**

Yr. Mo. Day

02-10 mgr    (Meritorious Good Time Awarded          76 mgr
             By The Director On _____ )

**(STEP 2)** (MITTIMUS NUMBER _____ )

PROJECTED OUT DATE

Yr. Mo. Day

04 03 22
+  1 06         (Custody Date)
                (Sentence Less G.C.C.)
05 09 22        (Projected Out Date or
                PRB Projected Out Date)
+or- _____    (Previous Time - Lost/Awarded)
05 9 22         (Projected Out Date)
-   2 10        (Meritorious Good Time)
05 07 12        (Adjusted Projected Out Date)

---

**(NOTATION)**

Yr. Mo. Day

/               (Recustody Date)
                (Bond, Escape, Etc.)
                (Time Lost)

===

Adj. Proj. Out Date  7/12/05          Terminal Operator _____
Calculated By _____                Date Entered _____

DC 1329 (Rev.10/96)
IL 426-00529

K84544

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
# KANE COUNTY, ILLINOIS

Case No. _____

| People of State of Illinois<br>Plaintiff(s) | Defendant(s) | |
|---|---|---|
| Plaintiff(s) Atty. | Defendant(s) Atty. | |
| Judge | Court Reporter | Deputy Clerk |
| A copy of this order ☐ should be sent ☐ has been sent | | |
| ☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____ | | File Stamp |

## JUDGMENT ORDER (JGMTO)

☑ The Court/Jury having found the defendant guilty of: _____
   ☑ Original ☐ Lesser/Incl. ☐ Amended Statute: _____
   ☐ A motor vehicle was involved in the commission of the felony
☑ Judgment entered on conviction and sentence (101).
☐ Nolle Prosequi Count(s) _____

**UPON THE DEFENDANT'S PLEA/VERDICT OF GUILTY THE FOLLOWING SENTENCE IS HEREBY IMPOSED**

                                                                          Months   Days

☐ 208 - Withhold Judgment - Court Supervision
☐ 215 - Withhold Judgment - 720 ILCS 550/710 Probation
☐ 216 - Withhold Judgment - 720 ILCS 570/410 Probation
☐ 204 - Probation (Automatic $25/month fee _____ (fee waived))
☐ 210 - Intensive Probation for _____ months.
☐ 206 - Conditional Discharge ($50 per calendar year fee _____ years ☐ fee waived)
☐ 209 - Perform public service _____ hours.
☐ 213 - Electronic Monitoring: $_____ (per day) $_____ (total)

The Defendant to report to ☐ Judge ☐ Court Services ☐ Judge and Court Services ☐ Non Reporting
☐ Fine: $_____ ☐ Fine = $_____ after Pretrial Detention Credit. ☐ Costs: $_____
☐ Statutory Assessment Fee: $_____ ☑ Trauma Center Fee: $100 ☐ Sex Registration Fee: $_____
☐ DNA Fee $200 + Collection Fee of $50 to _____ ☐ Spinal Cord Injury $5 ☐ Drug Fine: $_____
☐ Drug Testing Fee: $_____ ☐ IPS-Fee $200 ☐ Crime Lab Fee $100 ☐ Pub Def Fee of $_____ ☐ Reserved
☐ Restitution: $_____ to _____ (Name and Address)
☐ Sheriffs costs: $_____ ☐ Fee Waived ☐ Drug Assessment Fee $_____ ☐ Other $_____

**THE DEFENDANT SHALL PAY FINES, COSTS, AND FEES, totaling (including Probation) $_____ in monthly payments of $_____ per month, with the first payment due _____. Monthly payment does not include weekend fees or any fees assessed prior to or post disposition.**

**THE DEFENDANT TO SERVE THE FOLLOWING PERIODS OF INCARCERATION**

                                                                 Years   Months   Days

☑ 201 - Department of Corrections
☐ 202 - Kane County Jail
☐ 203 - Periodic Imprisonment ($15 per day-weekend equals 3 days)
☑ 250 - Credit for time served: _____
☑ The sentence of _____ shall run ☐ Consecutive ☑ Concurrent to the term imposed by the Circuit Court of _____ County, case number _____
☐ Defendant to begin incarceration on _____

**THE DEFENDANT TO COMPLY WITH THE FOLLOWING CONDITIONS:**
☐ Follow all rules of ☐ Probation ☐ Conditional Discharge ☐ Electronic Home Monitoring ☐ Community Service ☐ TASC
☐ Alcohol/Drug Evaluation ☐ KCDC Evaluation/Treatment ☐ No Contact with _____
☐ Other: _____

Date: _____ Judge: _____

P1-CF-005 (07/03) Page 2 of 2 (Page 1 - P1-CR-001)     White - Clerk   Green - Probation   Yellow - SAO   Pink - Defendant   Gold - Defendant Attorney