**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Dwight Thomas
                              Plaintiff,

v.                                        Case No.: 1:07−cv−06798
                                              Honorable Milton I. Shadur

Percy Coleman, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order.Thomas' petition for writ of habeas corpus is denied. Thomas' motion for appointment of counsel is denied. This action is set for a status hearing on 2/19/08 at 8:45 a.m. with the Attorney General's office still being expected to make arrangements for Thomas to be available for telephonic participation.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.