```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

DWIGHT THOMAS,                  )
                                )
             Plaintiff,         )
                                )
    v.                          )     No.  07 C 6798
                                )
PERCY COLEMAN, et al.,          )
                                )
             Defendants.        )
```

<u>MEMORANDUM ORDER</u>

This Court's December 10, 2007 memorandum order ("Order") gave pro se plaintiff Dwight Thomas ("Thomas") the benefit of considerable doubt in reading Thomas' Complaint as having suggested a possible 42 U.S.C. §1983 ("Section 1983") claim against two of the defendants he had named: Percy Coleman (whom Thomas identifies as Illinois' supervisor of parole) and Lieutenant Garbs of Stateville Correctional Center. Now Thomas has submitted two filings--one using a form of Petition for Writ of Habeas Corpus in the Circuit Court of Cook County, and the other using this District Court's form of Motion for Appointment of Counsel--with the first of those stating that Thomas "would like to be present every court date so I can know whats going on in case and would like to take the case to trial with in 6-months so the case will not be prolonged."

Neither of those quoted requests will be honored. Instead the previously ordered initial status hearing will be held at 8:45 a.m. February 19, 2008 (see Order at 5), with the Attorney

General's office still being expected to make arrangements for Thomas to be available for telephonic participation (see id. at 5 n.3).[1]

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date:  January 7, 2008

---

    [1]  It is this Court's hope that the Marshal's Service will have proceeded by then to obtain service on the defendants, so that the indicated procedure can be followed.