CH

**FILED**

JAN 0 3 2008
JAN 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

12/26/07

07 C 6798

See this is the problem and I see how you guys got things mixed up and I apologize this is what happened, I got 3 years for a Cook County case and got it ran concurrent with Kane County cases and was ~~paru~~ paroled out both of the sentences was 3 years and IDOC sent me to pinckneyville to get paid off of me consecutively and the proof is in my paperwork, I have two different good times, I have 2 different paroles, and 2 different outdates IDOC made me do an extra 61 days and gave me 2 years parole but I had already started parole a long time ago 4/5/05 and parole never came and seen me in the penitarary they just gave me fresh parole as if I was on a new case and parole was supose to end 7/12/07 but how is that when case sentence itself is over 4/5/07, so the extra time I did was supose to be subtracted from parole cause you get credited day for day that your in custody cause I was on parole for the concurrent sentence I was doing so in actualality I know I get compensated for the extra time I did but the parole was supose to subtract something cause I

was in there custody without seeing the parole board all of this I went through was a stunt pulled by IDOC to get an extra check off of me and it shows how the justice system itself is not concerned with guilt or innocence its concerned with geting paid the proff thats hard core is the calculation sheet for good time I sent you cause it doesnt have the cook County case number on there want to know why cause I already recieved good time and was on parole for the cook County case but it was ran concurrent with Kane County and IDOC seen an oppatunity and went with it, I want to file a counter suit with the Governer and Director Walker of DOC how do I add them in my suit? and I have proff of 2 good times, 2 outdates, and 2 paroles on a concurrent sentence, so please help me, I hope you understand now and wont let whoever deffending the deffendants deffendants try to cover up there paper trail cause I have coppies I don't know much about the law but I do know whats right and what I plead to, and what was supose to happen that didnt. So I am asking for your help this is the only way I know how to explain my situation but I know I need to give you more so I hope this helps I will get back to you soon and I hope you do to OK

P.S. I have more paperwork to send as proff

Sincerely                              Respectfully Submitted
Dwight Eugene Thomas
                                       Thank You

I, Dwight Thomas swear under the penalty of perjury that, I served A copy of the attached documents on (name and address of counsel to defendants) by placing in the mail at the Cook County jail on 12/14/07

*Dwight Thomas*

Note: If defendants are not represented by the same attorney then each Attorney must be served.

Case # 07C6798
Judge Shadur