FILED
JAN 0 3 2008
Jan 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS )
) SS.
COUNTY OF C O O K )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF ILLINOIS, )
)
Relator (rix) )
)
vs. ) Case No. 07C6798
)
Dwight Thomas )
)
Respondent. )

PETITION FOR WRIT OF HABEAS CORPUS

Your Petitioner, Dwight Thomas for and in behalf of the above named relator (rix) respectfully represents to the Honorable Court that the said relator (rix) is in custody of the Sheriff of Cook County, Illinois.

Your Petitioner further represents that the said relator (rix) is entitled under the law to a hearing on Habeas Corpus to test the legality of said intention. In support of the request for a hearing your Petitioner claims as follows:

I just recieved Court order for Civil suit and would like to be present every courtdate so I can know whats going on in case and would like to take the case to trial with in 6-months so thy case will not be prolonged

Respectfully Submitted

Thank You

Wherefore, your Petitioner prays that a Writ of Habeas Corpus issue directin to the Sheriff of Cook County, Illinois so that the said relator (rix) may be forthwith brought before this Honorable Court and that upon the return of the Writ a day certain may be fixed for a hearing to the end that the legality of said detention on may be inquired into and determined.

_Dwight Thomas_____, being first duly sworn on oath deposes and says that he has read the foregoing petition by him signed and that he knows the contents thereof and that said is true in substance and in fact.

_Dwight Thomas_____

Signed and sworn to before me this _____ day of _____.

_____
Notary Public

Let the Writ of Habeas Corpus issue returnable before me _____
_____, 2001

_____
Presiding Judge

Attorney
Address
Telephone

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

# SELF NOTARY
## (STATE DOCUMENTS)

Notarized under and by 735 ILCS 5/1-109, under penalty of perjury, this _(day #)_ day of _(month)_, _(year)_.

_Dwight Thomas_  Date 12/14/07
(your signature)