## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number:        07 C 6798

*Dwight Thomas v. Percy Coleman et al.*

Hon. Milton I. Shadur
Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Len Garbs

| | |
|---|---|
| NAME (Type or print) <br> CAMILE J. LINDSAY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Camile J. Lindsay | |
| FIRM <br> Office of the Illinois Attorney General | |
| OFFICE ADDRESS <br> 100 W. Randolph, 13th Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280478 | TELEPHONE  NUMBER <br> (312) 814-4329 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES  ✔        NO __ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ___        NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ___        NO ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✔   NO __ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL __        APPOINTED COUNSEL __ | |