IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT THOMAS, | ) | |
| | ) | No. 07 C 6798 |
| Plaintiff, | ) | |
| | ) | Hon. Milton I. Shadur |
| v. | ) | Judge Presiding |
| | ) | |
| LEN GARBS    et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COMES the defendant, LEN GARBS, by and through his attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Camile Lindsay
CAMILE J. LINDSAY
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-4329