IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| DWIGHT THOMAS K84544 | ) | |
| | ) | No.  07 C 6798 |
| Plaintiff, | ) | |
| | ) | Hon. Milton I. Shadur |
| v. | ) | Judge Presiding |
| | ) | |
| PERCY COLEMAN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Dwight Thomas 2007-0027409
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

**PLEASE TAKE NOTICE** that on February 7, 2008, the attached **APPEARANCE AND JURY DEMAND**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois            By:     s/Camile Lindsay
                                                CAMILE LINDSAY
                                                Assistant Attorney General
                                                General Law Bureau
                                                100 West Randolph Street, 13th Fl.
                                                Chicago, Illinois  60601
                                                (312) 814-4329

### CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on February 7, 2008.

                                                s/Camile Lindsay

Case 1:07-cv-06798   Document 17   Filed 02/07/2008   Page 2 of 2