**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Dwight Thomas
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06798
                                                Honorable Milton I. Shadur

Percy Coleman, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, February 15, 2008:

   MINUTE entry before Judge Milton I. Shadur :Status hearing reset for 3/5/2008 at 08:45 AM. Defense counsel is to make Plaintiff available by phone for a telephonic status hearing.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.