FEB 13 2008

# FILED

07C 6798    FEB 13 2008    2/7/08

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Hello My name is Dwight Thomas I dont want legal advise but I need to know who recieve this enclosed letter and was it opened when you recieved it as you can see all my information is corect but Cook County said I wasnt in Cook County Jail I have enclosed a letter of incarseration and a copy of the letter by Cook County giveing false information about me being in Cook County. it could have stoped my civil Suite, Cook County opened the mail and sent it back return to sender, I am currious to know do all legal mail I send to you be opened if so write me and let me know and I need to know your name whom I am writing at prisoner Correspondence My civil case # is 07C6798 and I dont trust Cook County it is alot of things going on hear I need your help I know you cant give me legal advise but I am barely able to go to the Law Library and I have a court order for Law Library and I need another set of 1983 forms will you please help me and send forms to me ASAP.

PS
Flip
over

Respectfully Submitted                                   Thank You
         × Dwight Eugene Thomas

let me know if this letter is opened when you recieve it



# Cook County Department of Corrections
## RECORDS OFFICE
2700 S. California
Chicago, Illinois 60608
TX: (773) 869-6810
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: 07-00627499    Date: 1-31-08

Regarding: Thomas Dwight    Date of Birth: 7-4-80

Social Security Number: 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

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: 4-15-07

Date released: In Custody    How released: In Custody

Case/Indictment#: 07CR10371    Case/Indictment#: 07CR17329

Charge(s): 1st Degree Murder    Charge(s): 1st Degree Murder

Disposition: Nolle    Disposition: Case Pending

Disposition Date: 9-10-07    Court Date: 2-22-08

TJ039377  DWRL  TCJS
TD009181  DWRL  TCJS

Form completed by: Davenport

