IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dwight Thomas ) NO. 07C6798
Plantiff )
V ) HON. Milton I Shadur
Percy Coleman, et, al ) Judge presiding
Defendants )

FILED
FEB 2 1 2008
Feb 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

pg 1 of 2

## Motion For temporary release - Federal And A preliminary Injunction plantiff

NOW COMES the plantiff Dwight Thomas pro se counsel, and respectfully moves this Honorable Court to release him pursuant to its authority under 18 U.S.C.A. 3142(I). IN support therof, counsel states as follows:

1. On April 15, 2007 Cook County Court ordered Dwight Thomas to be detained pending trial pursuant to U.S.C.A. §3142.

2. United States Court Northern District of Illinois Eastern Division may, however, by subsequent order, permit the temporary release of Dwight Thomas where it is necessary for preparation of Dwight Thomas pro se Counsel defense pursuant to 18 U.S.C.A. §3142(I).

3. It is respectfully submitted that is necessary and essential to the preparation of Dwight Thomas pro se defense that he be released to his on recognance for a period of time to await verdict in civil suit case # 07C6798 on February 21, 2008.

4. Dwight Thomas pro se Counsel seeks leave to inform the Court of the grounds necessitating Dwight Thomas pro se temporary release in an ex parte sealed document.

5. It is respectfully submitted that the government is not entitled to be informed of the underlying basis for this motion because it relates only to Dwight Thomas pro se Counsel defense which may be prejudiced by premature disclosure to the government.

6. Dwight Thomas pro se counsel's temporary release can be accomplished under the security of the U.S. Marshal's Service provided the attending Deputy Marshals are ordered not to make any disclosure to the government.

WHEREFORE, United States District Court Northern District of Illinois Eastern Division is respectfully urged to permit Dwight Thomas pro se counsel to ex parte the further grounds for this motion and to order Dwight Thomas pro se counsel's temporary release on his own recognizance on February 21, 2008, hearing Date February 21, 2008

Respectfully Submitted,

Dwight Eugene Thomas

Dwight Thomas pro se councel
Cook County jail
2007-002-7409
PO Box 089002
Chicago IL, 60608