IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dwight Thomas
　　Plantiff
　　v
Percy Coleman
　　Defendants

NO. 07C6798
HON. Milton I Shadur
~~Judge presiding~~

FILED
FEB 21 2008
Feb 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

pg 1 of 4
ex parte portion

**Dwight Thomas pro Se in support of Motion for temporary Release** ~~to-b~~ **And preliminary Injunction, plantiff**

I have attached a copy of parole being released from Galesburg Correctional Center Otherwise known as the Hill while in Kane County 4/4/05, I also have a parole of 7/12/05 which I already sent Clerk a copy of but all cases was ran together as you can see, but warrant was issued 4/15/07 for parole and in actuality I was off parole but as a result I am currentley incarsserated and parole is in Criminal case Discovery and I am being denied my right to a speedy trial cause now I have to wait for a court order to be released or a verdict in civil Court to straighten out the matter, either way I am not being detained to await trial so in support of my Motion for temporary Release I state these facts.

(1) In Constition of Illinois Bill of rights Article 1 Section 12. States, "Rights to Remedy and Justice" States every person shall find a certain remedy in the laws for all injuries and wrongs in which he recieves to his person, privacy, property or reputation. he shall obtain justice by law, freely, completely and promptly.

(2) In Constitution of Illinois Bill of right Article 1-sec 1-24 8. States. "Rights after Indictment" In criminal prosecution, the accused shall have the right to appear and defend in person and by Counsel; to demand the nature and cause

pg 2 of 4

of the accusation and have a copy therof: to meet the witness face to face and to have process to compel the attendance of witnesses in his behalf; and to have a speedy trial public by an impartial jury of the county in which the offense is alleged to have been comitted.

③ Constitution of Illinois Bill of rights sec 1-24 Article 1
2. "Due Process and equal protection" states no person shall be deprived of life, liberty, or property without due process of Law nor be denied equal protection of the laws.

④ United States Constitutional Amendment
8. States Excessive bail shall not be required nor excessive Fines imposed, nor cruel and unusual punishments inflicted.

⑤ United State Constitutional Amendment
13. Section 1 States Neither slavory nor involuntary servitude, exept as a punishment for crime where of the party shall have been duly convicted shall exist within the united states or any place subject to there jurisdiction.

6. U.S V Sine 461 Fsupp 565, and Rado V Manson 435 Fsupp 349 State that Federal Court can issue release in state Court although criminal case is not in Federal Court.

pg 3 of 4

7. United States V Alston 420 F2d 176 states court doesnt need absolute certainty which would be only a disguised way of compelling commitment in advance of judgement.

8. parole voilated expost facto and shouldve been no parole at all stated in U.S. V Behnezhad 907 F.2d 896 However a district court is not permitted to revoke a persons supervised release, order a term of imprisonment and then order another term of supervised release and I have proff of parole from 4/4/05 and a term of imprisonment in pinckneyville Correctional center and another term of parole 7/12/05

9. I have stayed in Chicago Illinois 27 years and if released will attend school and settle in a home invornment at 11818 S. Karlov, Alsip Illinois, 60803 were family is established and grounded and under no circumstances will Dwight Thomas pro se Counsel violate his conditions of release and will be present at every courtdate and I have witnesses who can vach for residence and these statement of facts., Tenita Tucker, 11818 S. Karlov Alsip IL 60803 tell #(708)239-1074 cell #(773)983-4390 Relationship: Childs mother Fiance
   Theresa Thomas, 12113 S Laffayette Chicago IL, 60628 tell #(773)821-6535 cell #(773)551-8916
Relationship: Mother

p4of4

10. Also the mail system in Cook Count jail violates rights to Dwight Thomas pro se Counsel by sending Legal mail back to sender after in fact Dwight Thomas is in custody of Cook County Jail and all information was correct I have attached exhibit 1 copie of mail, Cook County isnt trustworthy of giving Dwight Thomas pro se Counsel his mail and makes situation impossible to represent myself in present civil suit Case # 07C6798 while in custody of Cook County jail, and Dwight Thomas pro se Counsel asks to be released from Cook County jail until matters are resulved with civil suit case # 07C6798

"Respectfully Submitted"
Dwight Thomas pro se Counsel

By Dwight Thomas
Dwight Thomas
Cook Count jail
2007-002-74109
PO/Box 089002
Chicago IL, 60608

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. 03 CF 1492

| Plaintiff(s): People | Defendant(s): Dwight Thomas |
|---|---|
| Plaintiff(s) Atty.: Orland | Defendant(s) Atty.: Hawkins by Hubert |
| Judge: Golden | Court Reporter | Deputy Clerk |

Clerk of Circuit Court, Kane County, IL

MAY 11 2005

FILED 097
ENTERED

K84544

A copy of this order ☐ should be sent ☐ has been sent
☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

File Stamp

## JUDGMENT ORDER
### Illinois Department of Corrections

Nunc pro tunc to 5/4/05

Crime For Which Defendant Convicted: Attempt Unlawful Delivery of Controlled Substance - CL 2
Chapter and Section: 720 ILCS 570/401 (c)(2); 720 ILCS 5/8-4

Date of Offense: 10/11/02

Credit for Time Served:
☑ Kane County Jail: 42 Day(s) ___ Month(s) ☐ NONE
☑ Other Credit: Cook County / IDOC (Type/Place/Agency)
242/118 Day(s) ___ Month(s) ☐ NONE

Costs of These Proceedings:
Fine $ ___
Sheriff's Costs $ ___
Sub-total $ ___ (A)
Bond on Deposit $ ___
Less 10% (if applicable) ($ ___)
Credit Amount ($ ___) (B)
BALANCE DUE (A-B) $ ___
Balance Due:
☑ Instanter ☐ ___ (date)

Sentence of the Court:
— Day(s) 36 Month(s) ☐ NONE
☑ Concurrent ☐ Consecutive with Case Number(s):
Kane County 04 CF 1747 and
Cook County 04 CR 11670 01
☒ Finding of guilty but mentally ill

Municipality of Arrest (if over 25,000 pop.):
Elgin

THE COURT being advised in the premises:

IT IS HEREBY ORDERED that the defendant named herein is guilty of the crime set forth in this case; and,

IT IS FURTHER ORDERED that the defendant be given credit for such time served as determined by the Court; and, that the defendant pay all costs of these proceedings.

NOW, THEREFORE, is Ordered, Adjudged and Decreed that the defendant be sentenced to the Illinois Department of Corrections for the crime he/she stands convicted, for a term of days, months or years as set forth herein; and,

FURTHER, that the defendant be taken from the bar of this Court to the Kane County Jail, and from there, by the Sheriff of Kane County, to the nearest reception and classification center of the Illinois Department of Corrections, and the Illinois Department of Corrections is hereby required and commanded to take the body of the defendant and confine him/her in a Penitentiary or State Penal Farm, according to the law, from and after delivery thereof until discharged according to law, provided such term of imprisonment shall be not less than nor more than the term of days, months or years for which the defendant stands convicted.

Date: 5/11/05
Judge: _____

A true copy of the original on file in my office.
Attested to this May 11 2005

DEBORAH SEYLLER
Clerk of the Circuit Court
Kane County, Illinois

By _____ Deputy Clerk


DKIDOC

P1-MISC-007 B (7/02)   WHITE COPY - Clerk   YELLOW COPY - IDOC   PINK COPY - IDOC   GOLD COPY - Sheriff

4-B68

DC 1329

## MERITORIOUS GOOD TIME WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW

NAME  Dwight Thomas         NUMBER _____  DATE _____

**(STEP 1)**

Yr. Mo. Day

____03-10 m∫r____  (Meritorious Good Time Awarded        70 m y r
                    By The Director On _____)

**(STEP 2)** (MITTIMUS NUMBER _____)

PROJECTED OUT DATE

Yr. Mo. Day

04 03 22
+   1 10          (Custody Date)
                  (Sentence Less G.C.C.)
05 04 22          (Projected Out Date or
                  PRB Projected Out Date)
+or-              (Previous Time - Lost/Awarded)
05 04 22          (Projected Out Date)
-  02 10          (Meritorious Good Time)
05 07 12          (Adjusted Projected Out Date)

**(NOTATION)**

Yr. Mo. Day

                  (Recustody Date)
_____        (Bond, Escape, Etc.)
                  (Time Lost)

Adj. Proj. Out Date __7-12-05__   Terminal Operator _____
Calculated By _____          Date Entered _____

DC 1329 (Rev.10/96 )
IL 426-0529

ILLINOIS DEPARTMENT OF CORRECTIONS
PRISONER REVIEW BOARD

## Parole or Mandatory Supervised Release Agreement (con't)

I, __Dwight Thomas__, committed to and/or under the custody of the Illinois
Print Name

Department of Corrections, do hereby acknowledge that I have carefully read, or have had read to me, and do clearly understand the contents and conditions of the above rules governing the conduct of parolees and mandatory supervised releasees and any Prisoner Review Board orders or orders of another releasing authority, and I do hereby agree to comply with same. I do further agree that should I be charged with a violation of my Illinois parole or release and should I be in another state, I hereby waive extradition and I do not resist being returned to an Illinois State correctional center.

I also understand that if I am being released pursuant to 730 ILCS 5/3-3-10, this agreement as herein stated is applicable to me.

Signed: __4th__ day of __April__, 20__05__   X _Dwight Thomas_
Signature of Parolee or Mandatory Supervised Releasee

///////////////////////////////////////////////////////////////////
Print Name of Parent or Legal Guardian if applicable       Signature of Parent or Legal Guardian if applicable       Date

Sgt. Russell #623                          _[signature]_ #623       4/4/05
Print Name of Witness                       Signature of Witness       Date



## Cook County Department of Corrections
### RECORDS OFFICE
2700 S. California
Chicago, Illinois 60608
TX:  (773) 869-6810
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: 07-0027409          Date: 1-31-08

Regarding: Thomas Dwight          Date of Birth: 7-4-80

Social Security Number: 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

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: 4-15-07

Date released: In Custody          How released: In Custody

Case/Indictment# 07CR10371        Case/Indictment# 07CR17329

Charge(s): 1st Degree Murder     Charge(s): 1st Degree Murder

Disposition: Nolle               Disposition: Case Pending

Disposition Date: 9-10-07        Court Date: 2-22-08

TJ039377    DWRL    TCSS
TD109181    DWRL    TCSS
X           X       X       X

Form completed by: Davenport

