IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

Dwight Thomas
plantrff,

v.

Percy Coleman, et al,

Defendants.

NO. 07C6798

HON. Milton I. Shadur
Judge Presiding

FILED

FEB 2 1 2008
Feb 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AFFIDAVIT

I Dwight Thomas pro se Being first duly sworn that The statements stated are true and correct to the best of my Knowledge and ability.

1. I am Submitting an Amended Complaint with true and better understandable claims from which original complaint was difficult to understand, Now I submit more defendants and accurate statements of facts. And I humbly ask if I led the court in anyway wrong, that it be excused for my lack of Knowledge of certain aspects of the Law.

2. At this present moment I am unable to attain coppies of Amended Complaint. And I ask the Court if it is possible that Copies be sent to Judge, Defendants, and Clerk of the court, I am aware that I am Prose Counsel but do to present incarseration my access to Law Library is minimal, And I am going through situations with incoming mail so Please help and excuse prose Counsel Dwight Thomas I am at the Mercy of the Court

Notarized under and by 735ILCS5/1-109, under penalty of perjury,

Febuaaury 12, 2008
February 12, 2008

Dwight Thomas

x Dwight Thomas February 12, 2008

Respectfully Submitted

<u>Certificate of Service</u>

I prose Dwight Thomas swear under the penalty of perjury That I served a copy of attached documents on Feburuary 12th 2008 by placing in the mail at the Cook County jail PO/Box 089002 Chicago IL, 60608

To. Clerk of US. District Court
219 South Dearborn street
Chicago IL 60604

to Percy Coleman
103rd Halsted chgo
IL, 60628

to Luetanant Garbs
PO/Box 112 Joliet IL
60434

to Brent Anderson
103rd Halsted Chicago IL
60628

to John Evans
Pinckneyville
Correctional Center
5835 State Route 154
Pinckneyville IL, 62274

to Julius Flagg
Pinckneyville
Correctional Center
5835 State Route 154
Pinckneyville IL, 62274

to Jane/John Doe
Supervisor of records
Stateville Correctional
Center, PO/Box 112
Joliet IL 60434

The documents attached to this certificate of service are as follow: l. Amended Complaint.

2. AFFIDAVIT

3. Notice of Filing Amended Complaint

4. An Exhibt

5. Motion For temporary Release prelimanary injunction

to Jane/John Doe
Supervisor of Illinois
Department of Corrections
records in Springfield
Illinois / no Address At presnt
time accept 1301 Corcordial Court