## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6798 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Dwight Thomas vs. Percy Coleman, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Thomas' motion for temporary release is denied. (21-1) The authorities at the County Jail are to remit for copy fees, the sum of $14 payable to the Clerk, U.S. District Court as soon as the balance in Thomas' trust fund account exceeds that amount. The Clerk is directed to issue summons and forward to the United States Marshal for service.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|