# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6798 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Thomas vs. Coleman | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is granted. (23-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|