UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 21 2008
Feb 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dwight Thomas

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Percy Coleman
Luetanant Garbo
Brent Anderson
John Evans
Julius Flagg
Jane/John Doe, Supervisor of records Stateville Correctional Center
Jane/John Doe, Head of IDOC Records in Springfield IL Supervisor

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 07C6798
(To be supplied by the Clerk of this Court)

Judge Shadur

CHECK ONE ONLY:        AMENDED COMPLAINT

√    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Dwight Thomas

    B. List all aliases: Devon Watts, Roosevelt Thomas

    C. Prisoner identification number: K84544 - 2007-002-7409

    D. Place of present confinement: Cook County Jail

    E. Address: PO Box 089062 Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Luetanant Garbs in individual and official capicity

        Title: Luetanant

        Place of Employment: Stateville Correctional Cente

    B. Defendant: Brent Anderson in individual and official capacity

        Title: Parole Officer

        Place of Employment: Illinois Department of Corrections

    C. Defendant: Percy Coleman in individual and official capacity

        Title: Supervisor of parole

        Place of Employment: Illinios Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: John Evans

Title: Warden

Place of employment: Pinckneyville Correctional Center

E. Defendant: Julius flagg

Title: Assisstant warden of programs

Place of employment: Pinckneyville Correctional Center

F. Defendant: Jane/John Doe

Title: Supervisor of records

Place of employment: Stateville Correctional Center

G. Defendant: Jane/John Doe

Title: Supervisor of records

Place of employment: 1301 Corcordial Court springfield IL

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Civil Suit 07C6798

B. Approximate date of filing lawsuit: 12/3/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Dwight Thomas. Aliases are Devon Watts, Roosevelt Thomas

D. List all defendants: Percy Coleman, Brent Anderson, Lieutenant Gards, John Evans, Julius Flagg, Jane/John Doe, and Jane/John Doe

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge Shadur

G. Basic claim made: Cruel and unusual punishment, ex post facto, double jeopardy, imputing a form of slavery

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case is still pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Luetanant Garbs acting under the color of state law in his individual and Official capacity in not acting on and disreguarding my request involving case being ran concurrent and time was already served and I shouldve been released when it was within his power to facilitate my obstacle and he did nothing about it and by him doing so I suffered by being held over and beyond the time I was supose to be held incarserrated. 5/13/05 Sateville Correctional Center

2. Brent Anderson acting under the color of state Law in his individual and official capacity in not acting on and disreguarding the fact that parole was indeed over and violated parole 4/15/07 when indeed parole was completely over and as a result a hold was placed on Bond and parole is in the discovery of present criminal case which prevents myself from a speedy trial which violates constitutional rights and aided cruel and unusual punishment by geting involved with criminal investigation which IDOC wasnt in the guidlines to do. 4/15/07 103rd halsted parole

4

Revised 9/2007

3. Percy Coleman acting under the color of state law in his individual and official capacity in not acting on and disreguarding the fact that parole was completely set up and issued wrong, I was paroled 4/4/05 and was paroled again 7/12/05 these paroles were supose to be one cause cases were ran concurrent but instead one parole was revoked and a term of imprisonment was issued and then another term of parole was issued which violates ex post facto and by law parole was invalid, the whole scheme was to make Dwight Thomas do 61 days in IDOC just to get paid off of him, and Cruel and unusual punishment was issued to me by any means neccessary to make sure and ensure IDOC gets paid, I wasnt looked at as a human being who can live life, and liberty with the pursuit of happiness, instead I was a tool utilized as a form of a paycheck for IDOC proffit which in modern day terms is a form of modern day slavery cause I was incarseratted against my will and forced to be in jail (7/12/05 - 4/15/07) 103rd Halsted

4. ~~[scribbled out]~~ Julius Flagg acting under the color of state law in his individual and official Capacity in not acting on and disreguarding the fact that Dwight Thomas had already served 3 years and cases were ran concurrent in fact his position as Assistant Warden

5

of programs consist of him overseeing records department meaning he saw fit and opportunity to get paid off of Dwight Thomas by making him against his will stay incarserrated 61 day for pinckneyville Correctinal Center to get paid off of incarsseration he issued cruel and unusual punishment and used his title to make everything seem legit. 5/20/05 5835 state Route 154 Pinckneyville IL, 62274)

    5. John Evans acting under the color of state law in his individual and official capacity in not acting on and disreguarding the fact that he signed off and approved good-tyme consecutively and case was ran concurrent, he used his authority and power and saw opportunity to recieve money and took it cause in actualality Dwight Thomas has 2 different out-dates, 2 different good-tymes, and 2 different paroles all on a concurrent sentence in this all is in paperwork so there is no way it can be avioded, so This was a scheme IDOC put all together themselves to issue cruel and unusual punishment, ex post facto, Double jeopardy, and modern day slavery, because I am illeterate of the law and have no control once in custody of myself or situation so to be honest

he had control of my life, he decided if I was to be free or incarserrated and he chose, I will let him go after I get paid off of him. So if thats not slavery then what is? 5/20/05 5835 State Route 154 Pinckneyville IL, 62274.

    6. JANE/John Doe supervisor of records Stateville Correctional Center, acting under the color of state law in his/hers individual and official capacity in not acting on and disreguarding the fact that my case was ran concurrent and time was already served this person made a rational decision based on chance, meaning whats the chances of getting caught and Dwight Thomas actually filling a civil claim, In actualality slim to none because education didnt go that far and he is illeterate to the law so the money would be IDOC's for the taking, his or her intentions were cruel and unusual punishment, and this person used there job to commit a criminal act and as a result I am mentally scarred forever I throw myself at the court for there help to resolve situation. 5/13/05 PO/Box 112 Joliet IL, 60434

7. Jane/John Doe. Supervisor of records for Illinois Department of Corrections in Springfield Illinois acting under the color of state law in his/her individual and official capacity in not acting on and disreguarding the fact that springfield supervisor of records finalizes earned good-tyme credits and over sees all records meaning springfield sends your outdate and decides wether you shell be released or incarserated so knowing that this was a scheme by all people in authority and power to do so as they see fit to issue cruel and unusual punishment, ex post facto, double jeopardy, and modern day slavery. All these people named helped and aided in some way shape and form, keeping me locked up just enough time were as though IDOC gets paid. this is a catch 1 catch all situation cause everyone in this civil suit saw paperwork so they were either with it or against it meaning if you did nothing about it a try to correct situation you had to be with it knowing that this was a criminal act and what makes them different from the people they Detaine? 6/21/05 Springfield IL 1301 Corcordial Court

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a lucrative amount in United State Currency for all pain indured, and a chance to fight present criminal case realeased from Cook County Custody once IDOC is out of criminal case Discovery, for the defendants to be fired and face criminal charges for their act, and for all defendants to pay seperately for punity damages and Mental demages in United State Currency

VI.     The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12th day of February, 20 08

_Dwight Eugene Thomas_
(Signature of plaintiff or plaintiffs)

Dwight Eugene Thomas
(Print name)

2007-002-7409
(I.D. Number)

Cook Count Jail / PO Box 089002
Div 10-3A  Chicago Illinois, 60608
(Address)

6

Revised 9/2007