UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Dwight Thomas
                              Plaintiff,
v.                                                Case No.: 1:07−cv−06798
                                                  Honorable Milton I. Shadur
Percy Coleman, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

    MINUTE entry before Judge Milton I. Shadur :Status hearing held on 3/5/2008. This Court defers the filing of an answer by defendant Garbs until all defendants have been served.Status hearing set for 4/30/2008 at 08:45 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.