FILED CH
MAR 11 2008
Mar 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dwight Thomas )
)
) Case Number: 07C6798
v. )
Defendant(s) Percy Coleman et.al )
) Judge: Milton I. Shadur
)

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Dwight Thomas, declare that I am the (check appropriate box)
   [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have notified Kathleen Zellner, and Thomas Peters by mail and I havent recieved a response can you please help me with attaining Counsel. "Thank You" "Respectfully Submitted"

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dwight Thomas
Movant's Signature

3/5/08
Date

Cook County Jail
PO Box 089002 #ID2007-002-7409
Street Address

Chicago IL, 60608
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

## Certificate of Service

I Dwight Thomas pro se swear under the penalty of perjury that I served a copy of attached documents on march 5, 2008 by placing in the mail at the Cook County jail pc/box 089002 Chicago IL, 60608

To: Clerk of US District Court
219 South Dearborn Street
Chicago IL, 60604

The documents attached to this Certificate of Service are as follow: 1. Motion for Appointment of Counsel.

Case # 07C6798

Judge: Shadur

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

plantiff Dwight Thomas

V

Defendant (Percy Coleman et.al