**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dwight Thomas | 07C6798 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Percy Coleman, et al. | S/C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Percy Coleman, Parole Supervisor

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Stateville C.C., C/O Kathy Sandlin, Legal Dept. P.O. Box 112, Joliet IL 60434

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dwight Thomas, #2007-0027409
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

NEW Address: 1010 Dixie Highway
Chicago Heights, IL. 60411

**FILED**
APR 02 2008 TG
Apr 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 12-21-07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | TD | Date |
|---|---|---|---|---|---|---|
| | 1 of 2 | No. 24 | No. 24 | | | 12-21-07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

NOT SERVED

| Date of Service | Time | am/pm |
|---|---|---|
| 2/11/07 | 1:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96.00 | 31.53 | 0 | 127.53 | 0 | 127.53 | 0 |

REMARKS: Mailed Certified Mail 7007 0710 0000 9600 5189 — w/ waiver. 1st endeavor - certified mail returned w/ forwarding address.

*Address Above not a good address

PRIOR EDITIONS MAY BE USED   1010 Dixie Not Good 10 USM 6.5 miles Rt — Person Does not work There — after

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

DOC Legal Services / Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3623
Fax: (815) 727-3669
TDD: (800) 526-0844

December 27, 2007

Tomar Dicosta, Civil Desk
U.S. Marshal's Service
2444 Dirksen Federal Building
219 South Dearborn Street
Chicago, Illinois 60604

**VIA FAX 312-886-0802**

RE:  Thomas v Coleman, et al
     07 c 6798

Dear Ms. Dicosta:

In accordance with the above-captioned civil action, please be advised the following individual does not work at Stateville Correctional Center. I have enclosed forwarding information for the attached service packet:

    Percy Coleman, Supervisor
    Halsted South
    Chicago Heights
    1010 Dixie Highway
    Chicago Heights, IL 60411

Please feel free to contact me if you have any questions or need further information regarding this matter.

Sincerely,

*Kathy Sandlin*

Kathy Sandlin
Litigation Coordinator
DOC Legal Services-Stateville Correctional Center

File

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Dwight Thomas

Plaintiff

V

CASE NUMBER: 07cv6798

ASSIGNED JUDGE: SHADUR

Percy Coleman et al

Defendant

DESIGNATED
MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

Percy Coleman

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dwight Thomas
#2007-0027409
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**ROSA B. FRANCO**
(By) DEPUTY CLERK

December 17, 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date                    *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6798 | DATE | 12/11/2007 |
| CASE TITLE | Dwight Thomas vs. Percy Coleman, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (3-1) Thomas is assessed an initial fee of $78.23 and the trust fund officer is ordered to collect that amount from Thomas' trust fund account and pay it directly to the Clerk of Court. This case will therefore go forward, but only against individual defendants Percy Coleman and Lieutenant Garbs of Stateville Correctional Center. Thomas' attempted action against Judge Golden is dismissed on grounds of absolute judicial immunity. The Clerk is directed to issue summons and forward the United States Marshal for service of process, and this action is set for an initial status hearing at 8:45 a.m. February 19, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

*[stamp: RECEIVED 2007 DEC 21 PM 12:5_ UNITED STATES MARSHAL]*

*[stamp: A T__ MICHAEL W. L____ BY _____ DEPUTY CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS DATE: 12/17/07]*

| | Courtroom Deputy Initials: | SN |
|---|---|---|

07C6798 Dwight Thomas vs. Percy Coleman, et al

Page 1 of 1

**FILED**
RBF
MHW

**DECEMBER 11, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

DEC 03 2007
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dwight Thomas
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6798
JUDGE SHADUR
MAGISTRATE JUDGE MASON

vs.

Percy Coleman
Lyetanant Garbs
Stateville Correctional Center
Judge Golden
Kane County court
Pinckneyville Correctional Center

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Dwight Thomas

B. List all aliases: Devon Watts, Roosevelt Thomas

C. Prisoner identification number: 2007-002-7409 - K84544

D. Place of present confinement: Cook County Jail

E. Address: 2650 South California, Chgo IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Percy Coleman
   Title: (Parole Supervisor)
   Place of Employment: Illinios Department of Correction

B. Defendant: Luetonant Garbs
   Title: Luetonant at Stateville Correctional Center
   Place of Employment: Illinios Department of Correction

C. Defendant: Judge Golden
   Title: Judge in the Circuit Court of Kane County, Illinios
   Place of Employment: Magistrate in Kane County Court

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

II. Defendants(s)

Kane County Court – I don't know the title or person in Charge.

Pinckneyville Correctional Center – I don't know the title or person in Charge.

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take?
I filled a grievance in Pinckneyville Correctional Center through the Counserlor

2. What was the result?
No result, I was still held in Custody and upon my release My  Parole was not Shortened my sentense was ran Consecutive instead of Concurrent

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
I was released so had no time to appeal

D. If your answer is NO, explain why not:
I was Released and Couldnt afford Civil suit so was forced to be subjected to whatever parole felt was my Supervised Release.

3

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (X)

G. If your answer is YES:

1. What steps did you take? NA

2. What was the result? NA

H. If your answer is NO, explain why not:
My answer is No because Authorities have nothing to do with sentensing that is done by the State of Illinios, My situation needed a lawyer which I couldn't afford at the time.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: NA

B. Approximate date of filing lawsuit: NA

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NA

D. List all defendants: NA

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NA

F. Name of judge to whom case was assigned: NA

G. Basic claim made: NA

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NA

I. Approximate date of disposition: NA

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Percy Coleman is involved in My Case because he is the Superviser of Parole and it is his job to know exactly when parole is terminated and as a result issued a warrant for parole on unrelated assumed charges which now is in custody for at this present time, and in actualality no parole exist. 2/C7/07 103rd Halsted

Luetanant Garbs is involved int the case because In Stateville RCDC, I talked to him about my case being run Concurrent and he saw paperwork and did nothing about it to correct the mistake the IDOC had Made, and he was the only person in beggining stages that I could talk to because RCDC is segregated. Sentence wasn't complete until 2007 5/13/05 Stateville correctional center RCDC.

Judge Golden is involved cause upon my aggrement to 3 years ran Concurrent with Cook County cases in open court was stimulated that everything that applied to Cook County case also Applies to Kane

6

County Case cause Cook County Cases was also 3 years which all was stimulated upon aggreement because Cook County case time was already up so I was supose to be released upon aggreement. instead I did more time which was not part of Plea aggreement. (5/4/05 Kane County cart building sentense wasnt complete until 2007

  Kane County Court got a hapeas Corpas from me while I was in Cook County and didnt answer to the legal document within six months and violated due process and messed up plea agreement to be ran concurrent with cook County case and covered up situation. (5/4/05 Kane County sentence wasnt complete until 2007

  Statsville Correctional Center saw legal paperwork stateing case was ran concurrent and didnt act on legal document violating a court order and plea agreement.
sentence wasnt complete until 2007 (5/13/05 Statsville Correctional Center

  Pinckneyville Correctional center gave good time for a concurrent case that was already processed running the case consecutive instead of concurrent and promised to begin parole time cause the sentence exeeded 3 years tottal making the sentence overide itself (7/00/05 Pinckneyville Correctional Center
7/01/05 sentence wasnt complete until 2007

7

VI. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will like to be compensated for pain and suffering and extra jail time which was done, and also compensated for parole issueing warrant for present case which helped my present incarseration which parole never existed.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of Oct, 20 07

_Dwight Thomas_
(Signature of plaintiff or plaintiffs)

Dwight Thomas
(Print name)

2007-002-7409 - K84544
(I.D. Number)

2650 South California Chgo IL
60608
(Address)

8

4-B68

DC 1329

## MERITORIOUS GOOD TIME WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW

NAME Dwight Thomas   NUMBER _____   DATE _____

**(STEP 1)**

Yr. Mo. Day

_02-10 m__   (Meritorious Good Time Awarded
             By The Director On _____)           70m,r

**(STEP 2)** (MITTIMUS NUMBER _____)

PROJECTED OUT DATE

Yr. Mo. Day

04 03 02     (Custody Date)
+  1 10      (Sentence Less G.C.C.)
05 04 22     (Projected Out Date or
              PRB Projected Out Date)
+or          (Previous Time - Lost/Awarded)
05 04 22     (Projected Out Date)
-  2 10      (Meritorious Good Time)
05 07 12     (Adjusted Projected Out Date)

**(NOTATION)**

Yr. Mo. Day

_____     (Recustody Date)
            (Bond, Escape, Etc.)
            (Time Lost)

Adj. Proj. Out Date  7 12 05    Terminal Operator _____
Calculated By _____           Date Entered _____

DC 1329 (Rev.10/96)
IL 426-00529

K84544

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

Case No. _____

| People of State of Illinois  Plaintiff(s) | Defendant(s) | |
|---|---|---|
| Plaintiff(s) Atty. | Defendant(s) Atty. | |
| Judge _____  Court Reporter _____ | Deputy Clerk _____ | File Stamp |

A copy of this order ☐ should be sent ☐ has been sent

☐ Plaintiff Atty. ☐ Defense Atty. ☐ Other _____

## JUDGMENT ORDER (JGMTO)

☑ The Court/Jury having found the defendant guilty of: _____
　☑ Original ☐ Lesser/Incl. ☐ Amended　Statute: _____
　☐ A motor vehicle was involved in the commission of the felony
☑ Judgment entered on conviction and sentence (101).
☐ Nolle Prosequi Count(s) _____

**UPON THE DEFENDANT'S PLEA/VERDICT OF GUILTY THE FOLLOWING SENTENCE IS HEREBY IMPOSED**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Months　Days
☐ 208 - Withhold Judgment - Court Supervision
☐ 215 - Withhold Judgment - 720 ILCS 550/710 Probation
☐ 216 - Withhold Judgment - 720 ILCS 570/410 Probation
☐ 204 - Probation (Automatic $25 month fee _____ fee waived)
☐ 210 - Intensive Probation for _____ months.
☐ 206 - Conditional Discharge ($50 per calendar year fee _____ years ☐ fee waived)
☐ 209 - Perform public service _____ hours.
☐ 213 - Electronic Monitoring: $_____ (per day) $_____ (total)

The Defendant to report to ☐ Judge ☐ Court Services ☐ Judge and Court Services ☐ Non Reporting
☐ Fine: $_____　☐ Fine - $_____ after Pretrial Detention Credit.　☐ Costs: $_____
☐ Statutory Assessment Fee: $_____　☑ Trauma Center Fee: $100　☐ Sex Registration Fee: $_____
☐ DNA Fee $200 + Collection Fee of $50 to _____　☐ Spinal Cord Injury $5　☐ Drug Fine: $_____
☐ Drug Testing Fee: $_____　☐ IPS-Fee $200　☐ Crime Lab Fee $100　☐ Pub Def Fee of $_____　☐ Reserved
☐ Restitution: $_____ to _____
☐ Sheriffs costs: $_____　☐ Fee Waived　☐ Drug Assessment Fee $_____　☐ Other $_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Name and Address)

THE DEFENDANT SHALL PAY FINES, COSTS, AND FEES, totaling (including Probation) $_____ in monthly payments of $_____ per month, with the first payment due _____. Monthly payment does not include weekend fees or any fees assessed prior to or post disposition.

**THE DEFENDANT TO SERVE THE FOLLOWING PERIODS OF INCARCERATION**

　　　　　　　　　　　　　　　　　　　　　Years　Months　Days
☑ 201 - Department of Corrections
☐ 202 - Kane County Jail
☐ 203 - Periodic Imprisonment ($15 per day-weekend equals 3 days)
☑ 250 - Credit for time served: _____
☑ The sentence of _____ shall run ☐ Consecutive ☑ Concurrent to the term imposed by the Circuit Court of _____ County, case number _____
☐ Defendant to begin incarceration on _____

**THE DEFENDANT TO COMPLY WITH THE FOLLOWING CONDITIONS:**
☐ Follow all rules of ☐ Probation ☐ Conditional Discharge ☐ Electronic Home Monitoring ☐ Community Service ☐ TASC
☐ Alcohol/Drug Evaluation　☐ KCDC Evaluation/Treatment　☐ No Contact with _____
☐ Other: _____

Date: _____　　　　　　　　　　Judge: _____

P1-CF-005 (07/03) Page 2 of 2 (Page 1 - P1-CR-001)　　White - Clerk　Green - Probation　Yellow - SAO　Pink - Defendant　Gold - Defendant Attorney

# MAPQUEST

**Start:** 219 S Dearborn St
Chicago, IL 60604-1702, US

**End:** 1010 Dixie Hwy
Chicago Heights, IL 60411-2663, US

**Notes:**
Only text visible within note field will print.



## Directions / Distance

**Total Est. Time:** 42 minutes    **Total Est. Distance:** 32.30 miles

| | | |
|---|---|---|
| 1: | Start out going NORTH on S DEARBORN ST toward W ADAMS ST. | <0.1 miles |
| 2: | Turn LEFT onto W ADAMS ST. | <0.1 miles |
| 3: | Turn LEFT onto S CLARK ST. | 0.2 miles |
| 4: | Turn RIGHT onto W CONGRESS PKWY. | 0.3 miles |
| 5: | W CONGRESS PKWY becomes I-290 W / EISENHOWER EXPY W. | 0.2 miles |
| 6: | Merge onto I-94 E toward INDIANA. | 22.7 miles |
| 7: | Take IL-394 S / BISHOP FORD FWY toward I-80 / IOWA / I-294 / WISCONSIN. | 0.2 miles |
| 8: | Merge onto I-294 N / I-80 W via EXIT 74B toward IOWA / WISCONSIN (Portions toll). | 2.4 miles |
| 9: | Take the HALSTED ST / IL-1 exit. | 0.3 miles |
| 10: | Merge onto IL-1. | 4.8 miles |
| 11: | Turn RIGHT onto IL-1 / ROUTE 1 CUTOFF. | 0.3 miles |
| 12: | Turn LEFT onto CHICAGO RD / IL-1. | 0.1 miles |
| 13: | Turn RIGHT onto DIXIE HWY. | 0.2 miles |
| 14: | End at **1010 Dixie Hwy** | |

END    Chicago Heights, IL 60411-2663, US

**Total Est. Time:** 42 minutes    **Total Est. Distance:** 32.30 miles



**Start:**
219 S Dearborn St
Chicago, IL 60604-1702, US

**End:**
1010 Dixie Hwy
Chicago Heights, IL 60411-2663, US



All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.