# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6798 | **DATE** | 4/14/2008 |
| **CASE TITLE** | Dwight Thomas vs. Percy Coleman, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Thomas' motion for appointment of counsel is granted. (31-1) Andrew Dylan Campbell, Novack and Macey LLP, 100 North Riverside Plaza, Chicago, IL 60606 312-419-6900 is appointed to represent plaintiff. A status hearing is set for 4/30/08 at 8:45 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|