IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DWIGHT THOMAS,                )
                              )
            Plaintiff,        )
                              )
     v.                       )     No.  07 C 6798
                              )
PERCY COLEMAN, et al.,        )
                              )
            Defendants.       )

MEMORANDUM ORDER

Although this Court has entered no fewer than three memorandum orders in this 42 U.S.C. §1983 action brought by pro se plaintiff Dwight Thomas ("Thomas"), it has just learned of a properly prepared and filed Motion for Appointment of Counsel ("Motion") that Thomas had submitted in early March.  That information first came to this Court when it followed its practice of periodically printing out a list of motions pending in cases on its calendar.[1]

In any event, this Court has promptly acted on the Motion.  It grants Thomas' request and has obtained the name of this member of the trial bar to represent Thomas on a pro bono publico basis:

---

[1] Just as this Court's February 27, 2008 memorandum order referred to Thomas' having delivered to the Clerk's Office only an original of some other motions and of his Amended Complaint, without furnishing the required chambers copy for this Court, he sent only the original Motion to the Clerk's Office--and that simply does not do the job of getting the information to this Court (indeed, that's the reason that court rules require chambers copies to be furnished).

Andrew Dylan Campbell, Esq.
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL  60606
312-419-6900

Copies of this memorandum order are being transmitted to the newly-appointed counsel as well as to Thomas himself and to defense counsel of record.

This matter has been set for a next status hearing at 8:45 a.m. April 30, 2008, but the 8:45 a.m. time was set in contemplation of Thomas' having to participate telephonically. It will of course no longer be necessary for Thomas to be involved in status hearings, because that function will be performed by his appointed lawyer.[2] In the meantime counsel is expected to obtain for himself copies of the docketed court materials beginning with Thomas' February 21, 2008 filings (Thomas' earlier filings have been superseded by his Amended Complaint filed February 21) and to have conferred with Thomas about the litigation.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 14, 2008

---

[2] If counsel would prefer a 9 a.m. in-court time rather than the 8:45 a.m. time, he should communicate with this Court's minute clerk and defense counsel.