UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dwight Thomas

v.

Defendant(s) Percy Coleman et. al.

**FILED**
APR 2 1 2008
Apr 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 07 C 6798

Judge: Milton I Shadur

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Dwight Thomas, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: I wrote Kathleen Zellner, Thomas Petters, and Peoples Law Firm to attain Counsel and no one responded to my request.

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct. Yes

Dwight Thomas
Movant's Signature

4/14/08
Date

2650 S California, PO/Box 089002
Street Address

Chgo IL, 60608  ID# 2007-002-7409
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: N/A                     Case Number: _____

Case Title: N/A

Appointed Attorney's Name: N/A

If this case is still pending, please check box ☐

---

Assigned Judge: N/A                     Case Number: _____

Case Title: N/A

Appointed Attorney's Name: N/A

If this case is still pending, please check box ☐

---

Assigned Judge: N/A                     Case Number: _____

Case Title: N/A

Appointed Attorney's Name: N/A

If this case is still pending, please check box ☐

---

Assigned Judge: N/A                     Case Number: _____

Case Title: N/A

Appointed Attorney's Name: N/A

If this case is still pending, please check box ☐