**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   07 C 6798

*Dwight Thomas v. Percy Coleman et al.*

                                                              Hon. Milton I. Shadur
                                                              Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Percy Coleman

| NAME (Type or print) |  |
|---|---|
| CAMILE J. LINDSAY |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Camile J. Lindsay | |
| FIRM | |
| Office of the Illinois Attorney General | |
| OFFICE ADDRESS | |
| 100 W. Randolph, 13th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6280478 | (312) 814-4329 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO __ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES __   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES __   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO __ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL __      APPOINTED COUNSEL __ | |