AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DWIGHT THOMAS,

    Plaintiff,

ALIAS SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: 07 CV 6798

PERCY COLEMAN,

ASSIGNED JUDGE: JUDGE SHADUR

    Defendant.

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Percy V. Coleman
12842 S. Morgan St.
Chicago, IL 60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Campbell
Novack and Macey LLP
100 North Riverside Plaza
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, \_\_\_\_\_20\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

JUL 1 4 2008

DATE

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Dwight Thomas

vs.    Percy Coleman,

Case Number    07 CV 6798

## AFFIDAVIT OF SERVICE

I, John Steele, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 31 day of July, 2008, at 08:05 PM at 12842 S. Morgan St., Chicago, IL 60643, did serve the following document(s):

**Alias Summons and Complaint**

Upon:    **Percy V. Coleman**

By:    ☑ Personally serving to:    Percy V. Coleman

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 12842 S. Morgan St., Chicago, IL 60643 on

| Description: | Sex | **Male** | Race | **Black** | Approximate Age | **65** |
|---|---|---|---|---|---|---|
| | Height | **5'10** | Weight | **200** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

John Steele
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101