AO 440  (Rev. 05/00)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DWIGHT THOMAS,

        Plaintiff,

v.

PERCY COLEMAN,

        Defendant.

*ALIAS* **SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07 CV 6798

ASSIGNED JUDGE: JUDGE SHADUR

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Julius C. Flagg
38 Lakewood Dr.
Centralia, IL  62801-3700

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Campbell
Novack and Macey LLP
100 North Riverside Plaza
Chicago, Illinois  60606

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

JUL 1 4 2008

D
A
T
E

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Dwight Thomas,　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　Case Number 07 CV 6798
Percy Coleman,　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　)

## AFFIDAVIT

I, _Dale F. Belknood_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on ___7/24___, 2008 at __8:15__ P M. I personally served this **Alias Summons and Complaint** upon **Julius C. Flagg** at 38 Lakewood Dr., Centralia, IL 62801 by serving:

Name: _Gwenette Flagg_　　　　　　Copy mailed to Def as 7/25/08

Relationship: _Spouse of defendant_

Description: Sex: _F_ , Race: _B_ Age: _45_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

　　　　　　　　　　　　　　　　Process Server

"OFFICIAL SEAL"
DIANE L. BIFFAR
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES AUG. 27, 2009

"OFFICIAL SEAL"
DIANE L. BIFFAR
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRED AUG. , 2009

_Diane L. Biffar_
Notary Public