IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DWIGHT THOMAS #K-84544,  )
                         )
           Plaintiff,    )
                         )
    v.                   )    No. 07 C 6798
                         )
PERCY COLEMAN, et al.,   )
                         )
           Defendants.   )

## MEMORANDUM ORDER

Several defendants in this 42 U.S.C. §1983 ("Section 1983") action originally filed pro se by plaintiff Dwight Thomas ("Thomas") have filed their Answer to Thomas' Amended Complaint.[1] Their Answer is followed by two Affirmative Defenses ("ADs"), the second of which has triggered the sua sponte issuance of this memorandum order.

Here is AD 2:

> Plaintiff failed to exhaust all administrative remedies before filing this lawsuit in contravention of the requirements of the Prison Litigation Reform Act 42 U.S.C. §1997(e)(a).

Because such exhaustion of administrative remedies is a precondition to any lawsuit of the type initiated by Thomas, defense counsel is ordered to submit, on or before February 9, 2009, an explanation of the administrative remedies that were assertedly available to Thomas and that he assertedly failed to

---

[1] Although this Court has now appointed a member of this District Court's trial bar to represent Thomas pro bono publico, no action by such counsel is called for at this point in connection with the subject matter of this memorandum order.

pursue.  This Court will then consider what further proceedings are called for in that respect.

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date:  January 26, 2009

2